**Order entered July 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01099-CV

### LYNNE DUGGAN, Appellant

### V.

### TANGLEWOOD VILLA OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0304**

## ORDER

Before the Court is appellee's July 12, 2018 motion to reinstate. Attached to the motion is a certified copy of the June 27, 2018 United States Bankruptcy Court's order dismissing appellant's bankruptcy case with prejudice. We **GRANT** appellee's motion and **REINSTATE** this appeal.

Appellant filed a suggestion of bankruptcy on June 8, 2017, the same day that she filed her motion for extension of time to file a motion for rehearing. In light of these events, we did not rule on the extension motion and abated the appeal pending resolution of appellant's bankruptcy case. We now address appellant's June 8, 2017 motion for extension of time to file a motion for rehearing.

Under the rules of appellate procedure, an appellant may file a motion for rehearing "within 15 days after the court of appeals' judgment . . . is rendered." *See* TEX. R. APP. P. 49.1. A court of appeals may extend the time for filing a motion for rehearing if the party "files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion." *See* TEX. R. APP. P. 49.8.

The Court issued its memorandum opinion dismissing appellant's appeal for want of prosecution on April 21, 2017. Appellant's motion for rehearing, due on or before May 6, 2017, was filed May 23, 2017. Her motion to extend time to file the motion for rehearing was due no later than May 22, 2017; appellant filed her motion on June 8, 2017, seventeen days after it was due. *See* TEX. R. APP. P. 49.1, 49.8.

We **DENY** appellant's June 8, 2017 motion to extend time to file her motion for rehearing as untimely.


/s/     MOLLY FRANCIS
        JUSTICE